448 A.2d 1150

Commonwealth v. Henson, Appellant.

Petition for Allowance of Appeal Denied Nov. 5, 1982.

Argued April 7, 1982. Daniel M. Preminger, for appellant; Nancy D. Wasser, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Judgment of sentence affirmed.